1  Jessica R. K. Dorman, Esq. (SBN: 279919)
   jessica@westcoastlitigation.com
2  **HYDE & SWIGART**
3  2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
4  Telephone: (619) 233-7770
   Facsimile:  (619) 297-1022
5

6  *Attorneys for Plaintiff,*
   Jacqueline Paterno
7

8
9
10         **UNITED STATES DISTRICT COURT**
11          **SOUTHERN DISTRICT OF CALIFORNIA**
12

| **JACQUELINE PATERNO,** | **Case No.: 3:16-cv-00542-JM-KSC** |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **WILLIAMS & FUDGE, INC.,** | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 18, 2016 for filing a joint dismissal.

Respectfully submitted,

Date:  June 2, 2016                                        **HYDE & SWIGART**

                                                        By:   s/ Jessica R. K. Dorman
                                                             Jessica R. K. Dorman
                                                             Attorneys for Plaintiff

**HYDE & SWIGART**
San Diego, California