# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE PATERNO,<br><br>                           Plaintiff,<br>v.<br><br>WILLIAMS & FUDGE, INC.,<br><br>                           Defendant. | Case No:  16cv0542 JM(KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal (Doc. No. 10), and good cause shown, this Court hereby orders this action to be dismissed with prejudice.

IT IS SO ORDERED.

Dated:  June 28, 2016

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE